UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAN WILSON and DAN WILSON, ATTORNEY AT LAW, a Professional Corporation d/b/a DAN WILSON AND ASSOCIATES, Attorney at Law,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK MAHONEY,<br><br>Defendant. | Case No. 1:11-CV-00325-BLW<br><br>**ORDER** |

The Court has before it the Parties' Joint Motion and Stipulation for Order of Dismissal Without Prejudice (Dkt. 9). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1.  The Parties' Joint Motion and Stipulation for Order of Dismissal Without Prejudice (Dkt. 9) is **GRANTED**, and this case shall be **DISMISSED**

**WITHOUT PREJUDICE**, with each party bearing its own costs and fees.

DATED: **September 21, 2011**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge